**Mark A. Broughton, #079822**
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, CA 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@fresnocriminallawyer.com

ATTORNEY FOR Defendant,
MICHAEL CHARLES SMITH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:24-CR-00079-KES-BAM |
| Plaintiff, | |
| v. | **ORDER TO WITHDRAW AS ATTORNEY OF RECORD** |
| MICHAEL CHARLES SMITH, | |
| Defendant. | |

## **ORDER**

For the reasons stated on the record and as set forth in counsel's motion, Defense Counsel's Motion to Withdraw as Attorney of Record is GRANTED.

IT IS SO ORDERED.

Dated:  **May 8, 2024**          /s/ *Barbara A. McAuliffe*  
                             UNITED STATES MAGISTRATE JUDGE