PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00079-KES-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MICHAEL CHARLES SMITH, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a status conference on July 10, 2024. ECF 18.

2.     By this stipulation, defendant now moves to continue the status conference to August 28, 2024, and to exclude time between July 10, 2024, and August 28, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3.     The parties agree and stipulate, and request that the Court find the following:

        a)     The government asserts the discovery associated with this case includes reports, photographs, and recordings; initial discovery has been provided to defense counsel. The Government will continue to provide necessary discovery to Mr. Smith and is aware of its

discovery obligations.

b)       Counsel for the parties are engaged in active plea negotiations and believe this case will resolve short of trial. Government counsel provided a revised plea offer to the defense counsel on June 27, 2024.

c)       The defense counsel requires additional time to convey the offer to his client, to further discuss trial strategy, possibly defenses, and further investigation that may be necessary, as well as to finalize plea discussions with his client. The parties have accounted for scheduling conflicts to reach the proposed date.

d)       Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)       The government does not object to the continuance.

f)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 10, 2024 to August 28, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 1, 2024                              PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ ARIN C. HEINZ
                                                  ARIN C. HEINZ
                                                  Assistant United States Attorney


Dated:  July 1, 2024                              /s/ JARRETT CLINE
                                                  JARRETT CLINE
                                                  Counsel for Defendant
                                                  MICHAEL CHARLES SMITH

## FINDINGS AND ORDER

IT IS SO ORDERED that the status conference is continued from July 10, 2024, to **August 28, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.**  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **July 1, 2024**            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE